IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>TY-SEAN NUNN,<br><br>                Defendant. | 8:22-CR-47<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

      This matter is before the Court upon the Government's Motion for Preliminary Order of Forfeiture. Filing 252. The Court has carefully reviewed the record in this case and finds as follows:

1. On April 12, 2023, the Court held a hearing where defendant Ty-Sean Nunn entered pleas of guilty to Counts I and II and admitted to the Forfeiture Allegation of the Indictment. Count I charged the defendant with conspiracy to distribute and possess with intent to distribute methamphetamine, marijuana, and fentanyl, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1). Count II of the Indictment charged him with conspiracy to use and carry a firearm during and in relation to, and possession of a firearm in furtherance of drug trafficking crime; in violation of 18 U.S.C. § 924(o).

2. The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1), of $3,600.00 in United States currency seized from defendant on or about January 13, 2022. The currency was seized because it was either used to facilitate the offenses charged in the Indictment or was derived from proceeds obtained from the commission of the offenses charged in the Indictment.

3. Based on Defendant's guilty plea and admission, defendant forfeits his interest in the $3,600.00 in United States currency and the Government should be entitled to possession of the currency.

4. The Government's Motion for Preliminary Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion for Preliminary Order of Forfeiture, Filing 252, is granted.

2. Based upon the Forfeiture Allegation of the Indictment and Defendant's guilty plea and admission, the Government is hereby authorized to seize the $3,600.00 in United States currency.

3. Defendant's interest in the $3,600.00 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1), 8 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c).

4. The $3,600.00 in United States currency is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1) and 28 U.S.C. § 2461(c), the Government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than defendant, having or claiming a legal interest in any of the subject

property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $3,600.00 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $3,600.00 in United States currency as a substitute for published notice as to those persons so notified.

8. The Government's Motion to dismiss the $9,580.51 from the Forfeiture Allegation is hereby granted.

9. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 25th day of May, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge